AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

**MAGISTRATE JUDGE** Alexander

| United States District Court | District MASSACHUSETTS |
|---|---|
| Name of Movant Victor LaBoy | Prisoner No. 21802-038 | Case No. 00-CR-10029-NG |
| Place of Confinement Fort Dix Federal Correctional Institution | | |

| UNITED STATES OF AMERICA | 05 11360 NG |
|---|---|
| | (name under which convicted) |

05 11360 NG

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  United States District Court Boston Massachusetts

2. Date of judgment of conviction  3/20/02

3. Length of sentence  168 Months

4. Nature of offense involved (all counts)  Distribution of Heroin

5. What was your plea? (Check one)
   (a) Not guilty  ☐
   (b) Guilty  ☒
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N-A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☐
   (b) Judge only  ☐  N-A

7. Did you testify at the trial?
   Yes ☐ No ☒  N-A

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __U.S of Appeal from the First Circuit__

   (b) Result __Affirmed__

   (c) Date of result __December 10, 03__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

    (a)(1) Name of court __N-A__

    (2) Nature of proceeding __N-A__

    (3) Grounds raised __N-A__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐ No ☒

    (5) Result __N-A__

    (6) Date of result __N-A__

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court __N-A__

    (2) Nature of proceeding __N-A__

    __N-A__

    (3) Grounds raised __N-A__

AO 243 (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion? N-A
        Yes ☐ No ☒

    (5) Result _____ N-A

    (6) Date of result _____ N-A

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐ No ☒ N-A
    (2) Second petition, etc.    Yes ☐ No ☒ N-A

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
    N-A

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check through (a) or any one of the grounds.

O 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: THE PETITIONER'S SIXTH AMENDMENT RIGHT TO TRIAL BY JURY WAS VIOLATED PURSUANT TO BLAKELY v. WASHINGTON, AND BOOKER v. UNITED STATES.

Supporting FACTS (state briefly without citing cases or law) THE COURT ERRED WHEN THE PETITIONER WAS SENTENCED PURSUANT TO 'RELEVANT CONDUCT', WHICH WAS NOT LISTED IN THE INDICTMENT NOR FOUND BEYOND A REASONABLE DOUBT, IN ADDITION TO THE COURT FAILING TO CONSIDER THE 18 U.S.C. § 3553(a) FACTORS, (LEADERSHIP ROLE ENHANCEMENT)

B. Ground two: N/A

Supporting FACTS (state briefly without citing cases or law): N/A

C. Ground three: N/A

Supporting FACTS (state briefly without citing cases or law): N/A

AO 243 (Rev. 5/85)

(e) On appeal  N/A

(f) In any post-conviction proceeding  N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding  N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

   (a) If so, give name and location of court which imposed sentence to be served in the future: N/A

   (b) Give date and length of the above sentence: N/A

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

23 JUNE 2005
(date)

*Victor Laboy*
Signature of Movant

IN THE UNITED STATES DISTRICT COURT
FOR THE        DISTRICT OF

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NUMBER: |
| Victor LABOY SR ) | 00-10029 NG |
| ) | |

PRO SE CERTIFICATE OF SERVICE

I, Victor LABOY, Petitioner herein, do hereby certify that an original and two copies of the foregoing filing has been furnished upon the Office of Clerk for the United States District of :

OFFICE OF THE CLERK
U.S. DEPARTMENT OF JUSTICE
UNITED STATES DISTRICT COURT
DISTRICT OF

And a true and correct copy has been furnished upon the Office of the United States Attorney for the        District of :

ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY
DEPARTMENT OF JUSTICE
DISTRICT OF

I declare under penalty of perjury that the foregoing is true and correct. Executed on this day June of 23, 05

Victor Laboy

D.  Ground four: _____N/A_____

Supporting FACTS (state *briefly* without citing cases or law) __N/A__

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: __N/A__

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐      No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:
    (a) At preliminary hearing __Jonathan Shapiro  90 Canal Street Boston Massachusetts 02114-2022__

    (b) At arraignment and plea _____

    (c) At trial __N/A__

    (d) At sentencing _____